**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No: 00-2297 DSD/JMM

Muhamed Dzafic, individually; and
Muhamed Dzafic by his mother and
natural guardian, Fatima Dzafic,
Plaintiff,

**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**

vs.

City of Fridley, municipal corporation; and,
Police Officers Johnson, Monsrud, Salo,
Knutson and Mork individually and in
their capacity as police officers with
Fridley Police Department,
Defendants.

The undersigned hereby advises the Court that all claims by the Plaintiff, Muhamed Dzafic, individually, and Muhamed Dzafic, by his mother and natural guardian, Fatima Dzafic, against Defendants Johnson, Monsrud, Salo, Knutson and Mork, individually, and in their official capacity as police officers with the Fridley Police Department, or otherwise, in the above-entitled cause of action are hereby dismissed. Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff, Muhamed Dzafic, individually, and Muhamed Dzafic, by his mother and natural guardian, Fatima Dzafic, and their attorneys, Babcock, Neilson, Mannella, LaFleur & Klint, and the attorney for the Defendants, that Plaintiff Muhamed Dzafic, individually, and Muhamed Dzafic, by his mother and natural guardian, Fatima Dzafic's entire action against Defendants Johnson, Monsrud, Salo, Knutson and Mork, individually, and in their official capacity as police officers with the Fridley Police Department, or otherwise, is hereby dismissed with prejudice.

FILED 12-4-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-4-01
DEPUTY CLERK ________

Plaintiff specifically acknowledges this dismissal is voluntarily entered into and further acknowledges that no money has been received for entering into this dismissal from or on behalf of Defendants Johnson, Monsrud, Salo, Knutson and Mork.

**FURTHER,** it is stipulated that Plaintiff dismisses all claims, of any kind, asserted and not asserted, in the captioned matter or otherwise against all Minnesota cities, Minnesota counties, and their employees, past and present, either in their individual or official capacity. These parties also agree that no costs or disbursements or attorney's fees, including attorney's fees pursuant to 42 U.S.C. § 1988, Minn. Stat. § 549.21 or Minn. Stat. § 549.211, will be sought, recovered, or paid by Plaintiff or the dismissed Defendants.

The undersigned hereby prays for an Order of the Court dismissing all claims against Defendants Johnson, Monsrud, Salo, Knutson and Mork,, either officially or individually or otherwise.

Dated: 11/12/01

**BABCOCK, NEILSON, MANNELLA, LaFLEUR & KLINT**

By: ______________________

**BRAD KOLLING** (A.R. #0303987)
118 E. Main Street
Anoka, MN 55303
(763) 421-5151
**ATTORNEYS FOR PLAINTIFF**

Dated: 11/19/01

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: ______________________

**JOSEPH E. FLYNN** (A.R.#165712)
444 Cedar Street, Suite 2100
St. Paul, MN 55101
(651) 290-6500

**ATTORNEYS FOR DEFENDANTS**

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** that all alleged claims by Plaintiff, Muhamed Dzafic, individually, and Muhamed Dzafic, by his mother and natural guardian, Fatima Dzafic, against Defendants Johnson, Monsrud, Salo, Knutson and Mork, individually, and in their official capacity as police officers with the Fridley Police Department, are hereby dismissed with prejudice and on their merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 12/3/01

**BY THE COURT:**

Judge of United States District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

**IT IS HEREBY ORDERED AND ADJUDGED**, that the above-entitled action against Defendants, Johnson, Monsrud, Salo, Knutson and Mork, individually, and in their official capacity as police officers with the Fridley Police Department, be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements and attorney's fees to any party.

WITNESS THE HONORABLE ____________________, one of the Judges of this Court this ________ day of ________________, 2001.

____________________

Court Administrator

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.