**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No: 00-2297 DSD/JMM

Muhamed Dzafic, individually; and Muhamed Dzafic by his mother and natural guardian, Fatima Dzafic,

Plaintiff,

vs.

City of Fridley, municipal corporation; and, Police Officers Johnson, Monsrud, Salo, Knutson and Mork individually and in their capacity as police officers with Fridley Police Department,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The undersigned hereby advises the Court that all claims by the Plaintiff Muhamed Dzafic, individually, and Muhamed Dzafic, by his mother and natural guardian, Fatima Dzafic, in the above-entitled cause of action have been fully compromised and settled (all claims of Muhamed Dzafic, individually, and Muhamed Dzafic, by his mother and natural guardian, Fatima Dzafic against Defendants Johnson, Monsrud, Salo, Knutson and Mork have been previously dismissed with prejudice). Therefore,

**IT IS HEREBY STIPULATED BY AND BETWEEN** all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements or attorney's fees to any of the parties.

FILED 12-4-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-4-01
DEPUTY CLERK

**IT IS FURTHER STIPULATED** that, without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements or attorney's fees to any of the parties, may be entered herein.

Dated: 11/12/01

**BABCOCK, NEILSON, MANNELLA, LaFLEUR & KLINT**

By: [signature]
**BRAD KOLLING** (A.R. #0303987)
~~118 E. Main Street~~
Anoka, MN 55303
(763) 421-5151

**ATTORNEYS FOR PLAINTIFF**

Date: 11/19/01

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: [signature]
**JOSEPH E. FLYNN** (A.R.#165712)
444 Cedar Street, Suite 2100
St. Paul, MN 55101
(651) 290-6500

**ATTORNEYS FOR DEFENDANTS**

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED:**

1. That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 11/30/01

**BY THE COURT:**

Judge of United States District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

**IT IS HEREBY ORDERED AND ADJUDGED**, that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements and attorney's fees to any party.

WITNESS THE HONORABLE ______________________________, one of the Judges of this Court this ________ day of ___________________, 2001.

______________________________________
Court Administrator

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

FORMS\PROTECOR.NOT
Rev. 8/10/01